IN THE UNITED STATES DISTRICT COURT FOR

**FILED**

THE WESTERN DISTRICT OF OKLAHOMA

JUN  1 2006

LORA S. FORD,                                    )
                                                 )
                 Plaintiff,          )
                                                 )
vs.                                              )          No. CIV-05-495-W
                                                 )
JO ANNE B. BARNHART,                             )
Commissioner of Social Security                  )
Administration,                                  )
                                                 )
               Defendant.          )

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____DEPUTY

## ORDER

On May 8, 2006, United States Magistrate Judge Shon T. Erwin issued his findings in this matter and recommended that the Court affirm the decision of the defendant, Jo Anne B. Barnhart, Commissioner of the Social Security Administration ("Commissioner"), denying plaintiff Lora S. Ford disability insurance benefits and supplemental security income. Ford was advised of her right to object to Magistrate Judge Erwin's Findings and Recommendation, but she has filed no objections within the allotted time.

Upon review, the Court concurs with Magistrate Judge Erwin's suggested disposition of this matter. The Court finds the Commissioner's factual findings are supported by substantial evidence in the record and further finds that the Commissioner applied the correct legal standards.

Accordingly, the Court

(1) ADOPTS the Findings and Recommendation issued in this matter on May 8, 2006;

(2) AFFIRMS the Commissioner's decision to deny Ford's Application for Disability

Insurance Benefits and her Application for Supplemental Security Income; and

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

ENTERED this _1st_ day of June, 2006.

LEE R. WEST
UNITED STATES DISTRICT JUDGE

2